**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR EN BANC RECONSIDERATION**

| | |
|---|---|
| Appellate case name: | Adrienne Gallien v. Wells Fargo Home Mortgage Inc., Wells Fargo Bank, N.A., Cristobal Niño, individually and as executor of the Estate of Veronica Castillo Niño and Kathy Orsak |
| Appellate case number: | 01-17-00385-CV |
| Trial court case number: | 2015-75452 |
| Trial court: | 157th District Court of Harris County |
| Date motion filed: | May 15, 2019 |
| Party filing motion: | Appellant |

It is **ORDERED** that the motion for en banc reconsideration is denied.

Judge's signature:     */s/ Richard Hightower*
                                   Acting for the Court

The Court en banc consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Date:  June 13, 2019